JS 44 (Rev 09/10)

FILED
16 SEP 26 PM 12:27
SOUTHERN DISTRICT
OF INDIANA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Nancy A. Daw ;
**County of Residence:** Marion County

Additional Plaintiff(s):
Stephen L. Hoback ;

**Defendant(s):**
First Listed Defendant:
Consolidated City of Indianapolis and Marion County ;
**County of Residence:** Marion County

1:16-CV-2550 JMS -DKL

**County Where Claim For Relief Arose:** Marion County

**Plaintiff's Attorney(s):**

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 240 Torts to Land/Real Property Damage
**Cause of Action:** 42 U.S.C. 1983 Denial of Due Process and Equal Protection under color of state law & Tort Damages
**Requested in Complaint**
   **Class Action:** Not filed as a Class Action
   **Monetary Demand (in Thousands):** $ 900,000.00
   **Jury Demand:** No
   **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Nancy A. Daw, Pro Se  Stephen L. Hoback, Pro Se
**Date:** 9/26/2016

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHREN DISTRICT OF INDIANA

PRO SE Complaint Filed Under the Civil Rights Act, 42 Civil Rights Act, 42 U.S.C. § 1983

Due Process Under the Law

EQUAL PROTECTION

NANCY A. DAW,  PRO SE

and                                                              Case Number: _____

STEPHEN L. HOBACK,  PRO SE,     Plaintiffs

vs.

CONSOLIDATED CITY OF INDIANAPOLIS AND MARION COUNTY,     Defendant

PARTIES

Plaintiff:  NANCY A. DAW is a citizen of and resides at INDIANA

Plaintiff:  STEPHEN L. HOBACK is a citizen of and resides at INDIANA

Address:   4110 Ritterskamp Court

Indianapolis, Indiana 46250-2271

Defendant: CONSOLIDATED CITY OF INDIANAPOLIS AND MARION COUNTY

Incorporated Municipality in the State of INDIANA

Address:  **Corporation Counsel**

City-County Building, 1601

200 E. Washington St.

Indianapolis, IN 46204